## 27919. DERDEN v. FORD.

GUNTER, Justice. The appellant brought an action below for specific performance of a contract for the sale of land or, in the alternative, for damages because of the breach of the contract. The trial judge directed a verdict in favor of the defendant-appellee.

It is obvious from the reading of the transcript that the trial judge directed a verdict on the basis of *Morris v. Yates,* 226 Ga. 43 (172 SE2d 428), which was expressly overruled by this court in *Chewning v. Brand,* 230 Ga. 255 (196 SE2d 399). We therefore hold that the direction of a verdict in this case was erroneous.

A reading of the record and the transcript also shows that there are fact issues for determination in this case. These fact issues must be determined upon a re-trial of the case.

*Judgment reversed. All the Justices concur.*
ARGUED MAY 15, 1973 — DECIDED OCTOBER 4, 1973.

*Joseph E. Cheeley,* for appellant.
*Harrison & Garner, G. Hughel Harrison,* for appellee.